IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL                                                                                      PLAINTIFF
ADC #601559

v.                                          1:18CV00089-JM-JJV

DALE REED, Chief Deputy Director,
Arkansas Department of Correction; *et al.*                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. (Doc. No. 13.) No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants Hancock, Mayo, Gillum, Thompson, Holcomb, Owney, Jones, and Edwards are DISMISSED without prejudice

2. The Court certifies, pursuant to 28 U.S.C. § 1915(1)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of January, 2019.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE