# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ADAM HILL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #601559

v.　　　　　　　　　　　　　　　1:18-cv-89-JM-JJV

DALE REED, Chief Deputy Director,
Arkansas Department of Correction; *et al.*　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court adopts the Partial Recommendation in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Partial Summary Judgment (Doc. No. 126) is GRANTED in part and DENIED in part:

    A. All claims against Defendants Lay and Reed are DISMISSED WITHOUT PREJUDICE due to a lack of exhaustion, and they are DISMISSED WITHOUT PREJUDICE as parties to this lawsuit.

    B. Plaintiff may proceed with his retaliation claims against Defendants Brooks, Shepard, Gray, Kelley, and Payne as stated in grievances ESU-18-107, ESU-18-108,[1] ESU-18-112, ESU-18-118, BOW-18-126, and BOW-18-128 only.

2. It is certified, pursuant to 28 U.S.C. § 1915(1)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

1 The first paragraph on page 7 of the recommendation contains a typographical error. The final sentence of the first paragraph of page 7 should state: "Consequently, I find Plaintiff properly exhausted this retaliation claim against Defendant Brooks."

1

Dated this 13th day of June, 2019.

                                                                                                                        UNITED STATES DISTRICT JUDGE