IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL                                                                                              PLAINTIFF

v.                                              1:18-cv-89-JM-JJV

DALE REED, Chief Deputy Director,
Arkansas Department of Correction; *et al.*                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. No. 228) is DENIED.

2. Defendants' Motion for Summary Judgment (Doc. No. 238) is GRANTED, and Plaintiff's retaliation claims against Defendants Kelley, Payne, Gray, Brooks, and Shepard are DISMISSED WITH PREJUDICE.

3. It is certified, pursuant to 28 U.S.C. § 1915(1)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

1