IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ADAM HILL                                                                                              PLAINTIFF

v.                                      1:18-cv-00089-JM-JJV

DALE REED, Chief Deputy Director,
Arkansas Department of Correction; *et al.*                                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 25th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

1